THE STATE v. HILDERBRAND, *Appellant*.

DIVISION TWO.

**Criminal Practice:** EVIDENCE: DECLARATIONS OF CODEFENDANT. Declarations made by a defendant subsequent to the commission of the common criminal act, tending to prove complicity on the part of a codefendant, are inadmissible against the latter.

*Appeal from Morgan Circuit Court.*—HON. E. L. EDWARDS, Judge.

REVERSED AND REMANDED.

*A. W. Anthony* and *D. Wray* for appellant.

*John M. Wood*, Attorney General, for the State.

MACFARLANE, J.—Defendant was jointly indicted with Henry T. Melrose and James Farris for the larceny of a steer. On the trial witnesses were permitted to detail in evidence, over defendant's objection, declarations made by Farris, subsequent to the common criminal enterprise, which tended to prove defendant's complicity in the crime. Under the authority of *State v. Melrose*, 98 Mo. 594, the admission of these declarations was error.

Judgment reversed and cause remanded. All concur.